UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
                                                       :

In re:                                           :         Chapter 11
                                                    :
COLLAVINO CONSTRUCTION          :         Case No. 15-10344 (SCC)
COMPANY LIMITED,                     :
                                                    :
                          Debtor.       :
                                                      :
----------------------------------------------------------x

**ORDER AUTHORIZING AND DIRECTING THE JOINT
ADMINISTRATION OF THE DEBTOR'S CHAPTER 11 CASE WITH THE
PENDING CHAPTER 11 CASE OF COLLAVINO CONSTRUCTION COMPANY INC.**

Upon the motion (the "Motion")[1] filed by Collavino Construction Company Limited, the above-captioned debtor and debtor-in-possession (the "Debtor") pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"): (a) authorizing and directing the joint administration of the Debtor's chapter 11 case with the pending chapter 11 case of affiliated debtor Collavino Construction Company Inc. ("CCCI" and, together with the Debtor, the "Joint Debtors") for procedural purposes only, and (b) providing any additional relief required in order to effectuate the foregoing; the Court, having reviewed the Motion and having heard the statements of counsel in support of the relief requested in the Motion at the hearing before the Court (the "Hearing"), finds that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, this is a core matter pursuant to 28 U.S.C. § 157(b)(2), notice of the Motion and the Hearing were sufficient under the circumstances and that no further notice need be given, and the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein,

        THEREFORE, IT IS HEREBY ORDERED THAT:

---

[1] Capitalized terms not defined herein have meanings ascribed to them in the Motion.

1. The Motion is GRANTED.

2. Pursuant to Bankruptcy Rule 1015(b), the above-captioned chapter 11 case is hereby jointly administered by this Court with the pending chapter 11 bankruptcy case of *In re Collavino Construction Company Inc.* (Case No. 14-12908 (SCC)).

3. The caption of the Joint Debtors' jointly administered cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                                :
In re:                                                          :   Chapter 11
                                                                :
COLLAVINO CONSTRUCTION COMPANY INC.   :   Case No. 14-12908 (SCC)
COLLAVINO CONSTRUCTION COMPANY         :   Case No. 15- 10344 (SCC)
LIMITED,                                                       :
                    Debtors.                                   :   (Jointly Administered)
                                                                :
----------------------------------------------------------------x

4. The Debtors are authorized to use a combined service list for the jointly administered cases and combined notices shall be sent to creditors of the Debtors' estates.

5. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned cases, and this Order shall be without prejudice to the rights of the Joint Debtors to seek entry of an order substantively consolidating their respective cases.

      6.      The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the interpretation or implementation of this Order.

Dated: February 18, 2015
      New York, New York

      /S/ Shelley C. Chapman
      HONORABLE SHELLEY C. CHAPMAN
      UNITED STATES BANKRUPTCY JUDGE